IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAIME MELENDEZ, # N-50994, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 14-cv-1234-SMY |
| | ) |
| MARY B. LOFTIN, | ) |
| and RANDY GROUNDS, | ) |
| | ) |
|       Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: November 19, 2014

                                       JUSTINE FLANAGAN, ACTING CLERK

                                       By: s/ Tanya Kelley
                                               Deputy Clerk

APPROVED:  *s/ Staci M. Yandle*
                 Staci M. Yandle
                 United States District Judge